UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| KEVIN TAYLOR, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BISSON TRANSPORTATION, INC., )<br>d/b/a BISSON MOVING & STORAGE, )<br>and JOSEPH CONWAY, )<br>)<br>    Defendants. ) | No.: 1:21-cv-148-TAV-SKL |

## **ORDER**

This civil action is before the Court on the parties' Joint Motion to Extend Discovery Deadlines and Continue Trial [Doc. 14]. The parties indicate that they have not yet been able to begin taking oral discovery via depositions due to plaintiff's ongoing medical treatment but believe that they will be able to take such discovery in August or September 2022.

In light of the parties' agreement and for good cause shown, the parties' Joint Motion to Extend Discovery Deadlines and Continue Trial [Doc. 14] is **GRANTED**. The trial previously scheduled for November 1, 2022, is **CANCELLED** and is **RESCHEDULED** for **Tuesday, July 11, 2023, at 9:00 a.m.** The final pretrial conference, previously scheduled for October 25, 2022, is **CANCELLED** and **RESCHEDULED** **Wednesday, July 5, 2023, at 2:00 p.m.** Any unexpired scheduling deadlines as of the time of the filing of the parties' joint motion shall be applied as calculated from the new

trial date and according to the same time limitations set forth in the Court's Scheduling

Order [Doc. 9].

    IT IS SO ORDERED.

                                  s/ Thomas A. Varlan
                                  UNITED STATES DISTRICT JUDGE